IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DAVID CARTER                                                                 PLAINTIFF

v.                      NO. 2:19-cv-00117 PSH

ANDREW SAUL, Commissioner of                                        DEFENDANT
the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff David Carter.

IT IS SO ORDERED this 14th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE